DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CRAIG W. KACZAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-285

_____

November 8, 2023

Appeal from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

D. Keith Hammond, New Port Richey, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.